**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH FASANO** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-6003 |
| | : | |
| **PROLINK STAFFING SERVICES, LLC** | : | |

**ORDER**

This 27th day of January, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Partial Motion to Dismiss (ECF 8) is **GRANTED in part** and **DENIED in part**.

                                                    /s/ Gerald Austin McHugh
                                              United States District Judge